# United States Bankruptcy Court
## Southern District of Ohio

In re **M Sex LLC**　　　　　　　　　　　　　　　　　Case No. **2:25-bk-54061**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

　　I, **Jonathan M. Sex**, declare under penalty of perjury that I am the **Member** of **M Sex LLC the "Company")**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said limited liability company at a special meeting duly called and held on the 18th day of September, 2025.

　　Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

　　Be It Therefore Resolved, that **Jonathan M. Sex**, **Member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Company; and

　　Be It Further Resolved, that **Jonathan M. Sex**, **Member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

　　Be It Further Resolved, that **Jonathan M. Sex**, **Member** of this Company is authorized and directed to employ **Steven E. Miller**, attorney and the law firm of Amundsen Davis, LLC to represent the Company in such bankruptcy case.

Date **September 18, 2025**　　　　　　　　　　Signed **/s/ Jonathan M. Sex**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jonathan M. Sex**

Resolution of Board of Directors
of
**M Sex LLC**

Whereas, it is in the best interest of this Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jonathan M. Sex**, **Member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Jonathan M. Sex**, **Member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Jonathan M. Sex**, **Member** of this Company is authorized and directed to employ **Steven E. Miller**, attorney and the law firm of Amundsen Davis, LLC to represent the Company in such bankruptcy case.

Date  **September 18, 2025**              Signed  **/s/ Jonathan M. Sex**